# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ANGELA POLOSKI, <br><br>Plaintiff, <br><br>v. <br><br>TARGET CORPORATION, a Minnesota Corporation; STARBUCKS CORPORATION; and DOES 1-100, Inclusive, <br><br>Defendants. | Case No. CV11-10640-DDP-(SHx) <br><br>**DISCOVERY MATTER** <br><br>**ORDER RE: CONFIDENTIAL MATERIAL AND PROTECTIVE ORDER** |

## ORDER

The Court, having considered the parties' Joint Stipulation re: Confidential Material, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby enters an order protecting the confidentiality of documents and materials in accordance therein.

IT IS SO ORDERED.

Dated: November 13, 2012

/s/
Honorable Stephen J. Hillman
United States District Court